UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-168-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRAVIS JENKINS | ) | |
| Defendant | ) | |

Upon review of the Defendant's Motion to Seal and good cause appearing, it is hereby ordered that the Defendant by file under seal both the sentencing memorandum and attached exhibits.

This the 28th day of March, 2014.

_James C. Fox_
James C. Fox
Senior United States District Judge