UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-168-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TRAVIS JENKINS | |

On motion of the Defendant, Travis Jenkins, and for good cause shown, it is hereby ORDERED that the **[DE 45]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  22  day of July, 2015.

JAMES C. FOX
Senior United States District Judge