IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-168-F-1
No. 5:15-CV-207-F

| | | |
|---|---|---|
| TRAVIS JENKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter coming before the court for consideration, it is hereby

ORDERED that the Respondent's Memorandum in Support of Motion to Dismiss [D.E. 49] filed under seal be allowed.

This **24** day of July, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge