UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-168-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAVIS JENKINS | ORDER TO SEAL |

On motion of the Defendant, Travis Jenkins, and for good cause shown, it is hereby ORDERED that the **[DE 59]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __20__ day of August, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge