IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-168-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRAVIS LAVOY JENKINS | ) | |

This matter is before the court *sua sponte*. The government has failed to comply with the court's Order of August 10, 2015 [DE-57]. In that order, the court informed the government that it had not complied with Local Criminal Rule 55.2, E.D.N.C., and Section T of the court's CM/ECF Administrative Policies and Procedures Manual. The court further instructed the government to file a renewed motion to seal with the requisite supporting document by August 28, 2015. That deadline has passed without action by the government. . Accordingly, pursuant to Local Criminal Rule 55.2(b)(3), the document [DE- 54 ] will not be considered by the court unless either (1) a renewed motion to seal is filed, or (2) an unsealed version of the document is filed within three business days of entry of this order. Otherwise, "[a] party desiring to remove a proposed sealed document or docket entry therefor from the docket sheet must file a motion to strike in accordance with Local Criminal Rule 47.1" *Id.*

SO ORDERED.

This, the 9 day of September, 2015.

_____
JAMES C. FOX
Senior United States District Judge