IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-168

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER ON** |
| | ) | **GOVERNMENT'S MOTION** |
| v. | ) | **REQUESTING COPIES** |
| | ) | |
| TRAVIS LAVOY JENKINS | ) | |

THIS CAUSE is before the Court on the motion of the Government to obtain copies of Docket Entries 45, 54, 57, and 62 for purposes of responding to Defendant's pro se motions.

Having reviewed the motion, the Court orders that copies of Docket Entries 45, 54, 57, and 62 be released to the Government for the purposes of responding to Defendant's motions. The documents remain under seal and must continue to be handled as such.

This 28 day of December, 2018.

TERRENCE W. BOYLE
Chief United States District Judge